

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2016

No. 04-16-00594-CR

**IN RE** Francisco **MEDINA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Jason Pulliam, Justice

Relator filed this petition for writ of mandamus on September 19, 2016, complaining that the trial court had not ruled on two motions filed by Relator. Because the trial court has ruled on the two motions, Relator's petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on October 27, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Numbers 5625 and 5626, styled *State of Texas v. Francisco Medina*, pending in the 216th Judicial District Court, Kendall County, Texas, the Honorable N. Keith Williams presiding.